IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| QUINCY B. JONES, <br> # 13407-002, <br><br> Petitioner, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Respondent. | ) <br> ) <br> ) <br> ) <br> ) <br> ) CASE NO. 2:13-CV-803-WKW <br> ) <br> ) <br> ) <br> ) <br> ) |

## **ORDER**

On November 18, 2015, the Magistrate Judge filed a Recommendation to which no timely objections have been filed.  (Doc. # 11.)  Upon an independent review of the file and upon consideration of the Recommendation, it is ORDERED that

(1) Petitioner's 28 U.S.C. § 2255 motion (Doc. # 1) is DENIED;

(2) The Recommendation is ADOPTED; and

(3) This case is DISMISSED with prejudice.

A separate final judgment will be entered.

DONE this 10th day of December, 2015.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE